B11-00207

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF OHIO

| | |
|---|---|
| In Re: | CASE NO. 10-65010 |
| John Ian Buswell<br>Sarah Stanley Buswell | CHAPTER 13 |
| | JUDGE C KATHRYN PRESTON |
| Debtors | **(4820 Fisher Road, Athens, OH 45701)** |

### RESPONSE TO MOTION TO DEEM MORTGAGE CURRENT

Debtors filed the instant bankruptcy on December 30, 2010. On August 19, 2015, the Trustee filed a Motion to Deem Mortgage Current as of August 2015. HSBC Mortgage Services, Inc. ("Creditor") is in agreement that the loan is in fact current and is due for the September 1, 2015 payment.

Respectfully submitted,

The Law Offices of John D. Clunk Co. LPA

**/s/ LeAnn E. Covey**
LeAnn E. Covey (#0083289) - Ext. 2263
4500 Courthouse Blvd., Suite 400
Stow, OH 44224
(330) 436-0300 - telephone
(330) 436-0301 - facsimile
bknotice@johndclunk.com

## CERTIFICATE OF SERVICE

   I hereby certify that on August 28, 2015, a copy of Response to Trustee's Motion to Deem Current was served on the following registered ECF participants, **electronically** through the court's ECF System at the email address registered with the court:

Gary A. Fleshman

Frank M. Pees

Office of the U.S. Trustee


and on the following by **ordinary U.S. mail** addressed to:


John Ian Buswell
Sarah Stanley Buswell
4820 Fisher Rd
Athens, OH  45701


                 **/S/ LeAnn E. Covey**
                 LeAnn E. Covey, Esquire